# PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name **REMMERT** **SHIRLEY** **V.**
        (Last)        (First)        (Initial)

Prisoner Number ~~990 BERKELEY AVENUE~~

Institutional Address **MENLO PARK, CA 94025**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SHIRLEY V. REMMERT
(Enter the full name of plaintiff in this action.)

vs.

SHERIFF GREG MUNKS &
STATE OF CALIFORNIA
ATTORNEY GENERAL
JERRY BROWN
(Enter the full name of respondent(s) or jailor in this action)

Case No. **CV 08 1644 CRB**
**CV 08 80033 MISC (PR) MHP**
(To be provided by the clerk of court)

**PETITION FOR A WRIT OF HABEAS CORPUS**

CASE NO. SM351187

### Read Comments Carefully Before Filling In

**When and Where to File**

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

S159655

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

---

In re SHIRLEY V. REMMERT on Habeas Corpus

---

The application for stay and petition for writ of habeas corpus are denied.

SUPREME COURT
FILED

FEB 1 3 2008

Frederick K. Ohlrich Clerk

_____
Deputy

GEORGE
Chief Justice

1  Who to Name as Respondent

2  You must name the person in whose actual custody you are. This usually means the Warden or
3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which
4  you are imprisoned or by whom you were convicted and sentenced. These are not proper
5  respondents.

6  If you are not presently in custody pursuant to the state judgment against which you seek relief
7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose
8  custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack
9  was entered.

10  A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11  1. What sentence are you challenging in this petition?

12  (a)  Name and location of court that imposed sentence (for example; Alameda
13      County Superior Court, Oakland): SAN MATEO COUNTY
14      SUPERIOR COURT                         REDWOOD CITY
15      Court                                  Location
16  (b)  Case number, if known SM 35187
17  (c)  Date and terms of sentence JUNE 27, 2007  3 YEARS PROBATION
                                                    6 MONTHS JAIL
18  (d)  Are you now in custody serving this term? (Custody means being in jail, on
19       parole or probation, etc.)        Yes  X    No ___
20       Where?  HOME
21       Name of Institution: _____
22       Address: 990 BERKELEY AVE, MENLO PARK, CA 94025

23  2. For what crime were you given this sentence? (If your petition challenges a sentence for
24  more than one crime, list each crime separately using Penal Code numbers if known. If you are
25  challenging more than one sentence, you should file a different petition for each sentence.)
26  VIOLATIONS OF PC sec. 166(A)(4) +
27  PROBATION VIOLATION IN CASE NO. SM340531A.
28

2
PET FOR WRIT OF HAB. CORPUS     -2-

| | | |
|---|---|---|
| 1 | 3. Did you have any of the following? | |
| 2 |     Arraignment: | Yes _X_  No ____ |
| 3 |     Preliminary Hearing: | Yes _X_  No ____ |
| 4 |     Motion to Suppress: | Yes ____  No _X_ |

4. How did you plead?

    Guilty ____  Not Guilty _X_  Nolo Contendere ____

    Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

    Jury ____  Judge alone _X_  Judge alone on a transcript ____

6. Did you testify at your trial?  Yes _X_  No ____

7. Did you have an attorney at the following proceedings:

    (a) Arraignment  Yes _X_  No ____
    (b) Preliminary hearing  Yes _X_  No ____
    (c) Time of plea  Yes _X_  No ____
    (d) Trial  Yes ____  No _X_
    (e) Sentencing  Yes _X_  No ____
    (f) Appeal  Yes _X_  No ____
    (g) Other post-conviction proceeding  Yes ____  No _X_

8. Did you appeal your conviction?  Yes ____  No ____

    (a) If you did, to what court(s) did you appeal?

    Court of Appeal /SUPERIOR COURT  Yes _X_  No ____

    Year: 2008   Result: DO NOT KNOW

    Supreme Court of California  Yes ____  No ____

    Year: ____   Result: ____

    Any other court  Yes ____  No ____

    Year: ____   Result: ____

    (b) If you appealed, were the grounds the same as those that you are raising in this

3

1 | petition? Yes X No ___
2 | (c) Was there an opinion? Yes ___ No ___
3 | (d) Did you seek permission to file a late appeal under Rule 31(a)?
4 | Yes ___ No ___
5 | If you did, give the name of the court and the result:
6 | _____
7 | _____
8 | 9. Other than appeals, have you previously filed any petitions, applications or motions with respect to
9 | this conviction in any court, state or federal? Yes X No ___
10 | [Note: If you previously filed a petition for a writ of habeas corpus in federal court that
11 | challenged the same conviction you are challenging now and if that petition was denied or dismissed
12 | with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit
13 | for an order authorizing the district court to consider this petition. You may not file a second or
14 | subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28
15 | U.S.C. §§ 2244(b).]
16 | (a) If you sought relief in any proceeding other than an appeal, answer the following
17 | questions for each proceeding. Attach extra paper if you need more space.
18 | I. Name of Court: U.S. DISTRICT COURT
19 | Type of Proceeding: PETITION FOR WRIT OF HABEAS CORPUS
20 | Grounds raised (Be brief but specific):
21 | a. "VICTIM" HAS CAPACITY - RAILROADED INTO CONSERVATORSHIP
22 | b. PHYSICAL & MENTAL ABUSE BY COUNTY
23 | c. ALLEGATIONS IN PETITION FOR WRIT OF HABEAS
24 | d. FOR CASE SM340531A - JUDICIAL NOTICE REQUESTED
25 | Result: DISMISSED   Date of Result: 8-02-07
26 | II. Name of Court: STATE OF CALIF APPEALS
27 | Type of Proceeding: PETITION FOR WRIT OF HABEAS CORPUS
28 | Grounds raised (Be brief but specific): --

4

1  a. ALL OF THE ABOVE & ALL ALLEGATIONS IN
2  b. PETITION FOR WRIT OF HABEAS CORPUS FOR
3  c. CASE SM 340531 A, WHICH ACCOMPANIES
4  d. THIS PETITION - JUDICIAL NOTICE REQUESTED.
5  Result: DENIED    Date of Result: 1-14-07
6  III. Name of Court: CALIF STATE SUPREME COURT
7  Type of Proceeding: PETITION FOR WRIT OF HABEAS CORPUS
8  Grounds raised (Be brief but specific):
9  a. ALL OF THE ABOVE, ETC
10 b. JUDICIAL NOTICE REQUESTED OF THE
11 c. ABOVE RELATED PETITION
12 d. ___
13 Result: DENIED    Date of Result: 2-13-08
14 IV. Name of Court: ___
15 Type of Proceeding: ___
16 Grounds raised (Be brief but specific):
17 a. ___
18 b. ___
19 c. ___
20 d. ___
21 Result: ___ Date of Result: ___
22 (b) Is any petition, appeal or other post-conviction proceeding now pending in any court?
23                Yes X    No ___
24 Name and location of court: SUPERIOR COURT OF SAN MATEO COUNTY, 400 COUNTY CENTER, REDWOOD CITY CA 94063
25 B. GROUNDS FOR RELIEF
26 State briefly every reason that you believe you are being confined unlawfully. Give facts to
27 support each claim. For example, what legal right or privilege were you denied? What happened?
28 Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

5

need more space. Answer the same questions for each claim.

[Note: You must present ALL your claims in your first federal habeas petition. Subsequent petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant, 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

Claim One: _____

Supporting Facts: *Continued on p. 6b*

Claim Two: _____

Supporting Facts: _____

Claim Three: _____

Supporting Facts: _____

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why. *Continued*

6a

**Claim One:** Statements Purported to be Facts are Not True

1. The "victim", my daughter, who I believe has capacity, was railroaded into a conservatorship by county employees and others. They have lied about my mother, my daughter, and me in order to commit their crimes of physical and mental abuse against us.

### Supporting Facts

Judicially noticed facts in Petition for Writ of Habeas Corpus for Case No. SM340531A filed together with this petition.

**Claim Two:** I did not receive due process.

### Supporting Facts

#### Pretrial

Release on my own recognizance was prejudicially denied me. I was sixty years old and in an on-going, three-year litigation over a title dispute at the time that I asked for release.

#### Trial

1. The judge, Hon. Elizabeth Lee, did not allow me to argue necessity and justification, even though my daughter was being physically injured and mentally harmed by the county workers on a daily basis.

Nor would she allow me to argue that the conservatorship order and

the restraining orders are illegal.

2.  The county's witness against me was my daughter, forced to testify against me, as she was forcibly drugged with mind-altering drugs on the day of her testimony.

3.  I was unable to adequately defend myself because I was in jail.

    a.  I had no access to my evidence, that my daughter had escaped on her own without my help three days after the incident of April 29, 2007 and wrote a letter of complaint to the Governor of the state and to Sheriff Munks about her false imprisonment.

    b.  The jail did not provide the allotted number of Inmate Welfare stamped envelopes and writing paper under correctional facilities regulations.

### Sentencing

4.  I did not receive a hearing to challenge the probation report.

5.  I did not receive a hearing with an attorney to represent me against the District Attorney's claim that I need mental health treatment.

6.  I request that the Court grant judicial notice of the petition for writ of habeas corpus for Case No. SM340531A, which accompanies this petition and forms a basis for all of the claims herein.

1  need more space. Answer the same questions for each claim.
2  [Note: You must present ALL your claims in your first federal habeas petition. Subsequent
3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,
4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]
5  Claim One: _____
6  _____
7  Supporting Facts: _____
8  _____
9  _____
10 _____
11 Claim Two: _____
12 _____
13 Supporting Facts: _____
14 _____
15 _____
16 _____
17 Claim Three: _____
18 _____
19 Supporting Facts: _____
20 _____
21 _____
22 _____
23 If any of these grounds was not previously presented to any other court, state briefly which
24 grounds were not presented and why: (#4 & #5 OF CLAIM TWO ABOVE).
25 ON JANUARY 17, 2008, I LEARNED FROM MY PRIVATE DEFENDER'S OPENING BRIEF
26 OF MY APPEAL FOR THIS CASE IN THE SUPERIOR COURT
27 THAT HEARINGS RE THE PROBATION REPORT AND MENTAL
28 HEALTH ISSUES MUST BE HELD BEFORE SENTENCING.

List, by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of these cases:

LARRY WOLLERSHEIM V. CHURCH OF SCIENTOLOGY OF CALIF., NO. B023193, COURT OF APPEAL, SECOND DISTRICT, DIVISION 7, CALIFORNIA, JULY 18, 1989.

Do you have an attorney for this petition?     Yes____   No  X

If you do, give the name and address of your attorney: _____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

Executed on  February 17, 2008        Shirley V. Remmert
              Date                    Signature of Petitioner

(Rev. 6/02)

7