FILED
08 APR -7 PM 4:07
[CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA]

Clear Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHIRLEY V. REMMERT

　　　　　　　　Plaintiff,

vs.

JAMES P. FOX, DISTRICT ATTY
OF SAN MATEO COUNTY ET AL.

　　　　　　　　Defendant.

CASE NO. C-08-1644 CRB

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, SHIRLEY V. REMMERT, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

　　In support of this application, I provide the following information:

1.　Are you presently employed?　　　　　　　Yes ___　No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____　Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1

1 | and wages per month which you received.
2 | _LAST EMPLOYMENT: NOV. 30, 2004 / $0._
3 | _____
4 | _____
5 | 2.   Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:
7 |     a.   Business, Profession or                    Yes ___ No _✓_
8 |          self employment?
9 |     b.   Income from stocks, bonds,                 Yes ___ No _✓_
10|          or royalties?
11|     c.   Rent payments?                             Yes _✓_ No ___
12|     d.   Pensions, annuities, or                    Yes ___ No _✓_
13|          life insurance payments?
14|     e.   Federal or State welfare payments,         Yes ___ No _✓_
15|          Social Security or other govern-
16|          ment source?
17| If the answer is "yes" to any of the above, describe each source of money and state the amount
18| received from each.
19| _RENTAL : $500 per month_
20| _____
21| 3.   Are you married?                               Yes ___ No _✓_
22| Spouse's Full Name: _____
23| Spouse's Place of Employment: _____
24| Spouse's Monthly Salary, Wages or Income:
25| Gross $_____  Net $_____
26| 4.   a.  List amount you contribute to your spouse's support:$ _____
27|      b.  List the persons other than your spouse who are dependent upon you for support
28|          and indicate how much you contribute toward their support. (NOTE: For minor

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

_____

_____

5. Do you own or are you buying a home?  TITLE DISPUTE  Yes ___ No ___

Estimated Market Value: $_____ Amount of Mortgage: $ CIV 438208 Superior Ct San Mateo County

6. Do you own an automobile?                         Yes ✓ No ___

Make  TOYOTA   Year  02   Model  TACOMA

Is it financed? Yes ___ No ✓ If so, Total due: $ _____

Monthly Payment: $ 0

7. Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: WASH MUTUAL, SANTA CRUZ AVE, MENLO PARK CA 94025

Present balance(s): $ 300.

Do you own any cash? Yes ___ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)                                             Yes ___ No ✓

_____

8. What are your monthly expenses?

Rent: $ 0                                Utilities: 200

Food: $ 300                              Clothing: 0

Charge Accounts:   NONE

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

$ 1.3 MILLION IN BANKRUPTCY COURT

3

1
2   10.    Does the complaint which you are seeking to file raise claims that have been presented in
3   other lawsuits?    Yes ✓   No ___
4   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5   which they were filed.
6   _____CIV 438208    Se p. 3_____
7
8   I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9   false statement herein may result in the dismissal of my claims.
10
11  _April 7, 2008_         _Shirley V. Remmert_____
12      DATE                    SIGNATURE OF APPLICANT

4