1434

SHIRLEY V. REMMERT, PRO SE
990 Berkeley Avenue
Menlo Park, CA 94025
Tel: 650-921-8820

FILED
08 APR 24 PM 1:49
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Shirley V. Remmert,
    Plaintiff,

v.

James P. Fox,
District Attorney of
San Mateo County;
Jerry Brown,
Attorney General of
The State of California,
    Defendants
_____/

PLAINTIFF'S PROOF OF SERVICE OF
DOCUMENTS FILED ON APRIL 15, 2008

CASE NO. C-08-1644 CRB; C-08-1645 CRB

HON. CHARLES R. BREYER

I, Plaintiff Shirley V. Remmert, hereby file proof of service of the following documents: (1) Notice of Correction to Motion to Consolidate: (2) Motion and Notice of Motion for Preliminary Injunction against Probate Court Orders and Family Court Order, etc. A Certificate of Service is attached.

DATE: April 22, 2008

_____
Plaintiff

158                    CERTIFICATE OF SERVICE

I hereby certify that I caused the within documents:
**DEFENDANT REMMERT'S**

A. **NOTICE OF CORRECTION TO MOTION TO CONSOLIDATE;**
B. **MOTION AND NOTICE OF MOTION FOR PRELIMINARY INJUNCTION AGAINST PROBATE COURT ORDERS AND FAMILY COURT ORDER; REINSTATEMENT OF JUVENILE COURT ORDER RE PETITION FOR WRIT OF HABEAS CORPUS**

Superior Court Case No.
Bankruptcy Court Case No.  / Adversarial Complaint No.:
United States District Court Case No.: **C-08-1644 CRBP C-08-1645 CRB**

to be served on the party(ies) in this action:

1. **James P. Fox, District Attorney of San Mateo County, 400 County Center, Redwood City, CA 94063;**
2. **Jerry Brown, Attorney General of the State of California, 1300 I - Street, Sacramento, CA 95814**

   (By Personal Service). I, **Shirley V. Remmert,** caused each such envelope to be delivered by hand on the date below to the person or offices of each addressee **(No. 1)** indicated by the corresponding number or symbol on the following page or above.

   (By First-Class Mail, in the U. S. Post Office), I, **A. Garcia,** caused each such envelope to be mailed on the date below in the U.S. Post Office in Menlo Park to each addressee **(No. 2)** indicated by the corresponding number on the continued page or above. *I, Arturo Garcia, am a self-employed agent over 18 years of age and I am not a party in this case. My business address is 21 Coleman Place, Menlo Park, CA 94025.*
   (By Facsimile), I caused each such document to be sent by facsimile to the person or offices of each addressee indicated by a said symbol.
   (By Telephone), I gave a notice to a person or answering machine. The particulars are as follows:
   I declare that the above statements are true under the penalties for perjury of the federal laws.

**April 18, 2008**
_____                    _____
         Date                                              Shirley V. Remmert

1 of 1